**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR 00-0128-PHX-DGC |
| ) | |
| Alexander Lee Thomas, ) | **DETENTION ORDER** |
| ) | |
| Defendant. ) | |
| _____) | |

      On September 27, 2006, defendant Alexander Lee Thomas appeared before this Court on a petition for revocation of supervised release. Because of a procedural error Mr. Thomas' counsel was not contacted prior to his initial appearance. Mr. Thomas fervently requested that he be allowed to waive his preliminary revocation hearing and detention hearing. The Court provided Mr. Thomas with the opportunity to consult with another lawyer who expressed the view that Mr. Thomas be allowed to waive the hearings. The Court considered the information provided to the Court, and concluded that in light of Mr. Thomas' previous experience with the supervised release revocation procedures and the fact that a return to the courthouse would have caused him undue discomfort because of his recent surgery, and determined that his waiver was knowingly, voluntarily and intelligently made. Nevertheless, appointed counsel may seek to have these hearings placed on the calendar if Defendant wishes.

      The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to

1  revoke his supervised release, has failed to establish by clear and convincing evidence that
2  he is not likely to flee or pose a danger to the safety of the community if released pursuant
3  to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C.
4  §3143.

     IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

     DATED this 28th day of September, 2006.

_____
David K. Duncan
United States Magistrate Judge